UNITED STATES of America,
Plaintiff–Appellee,

v.

Abraham SAAVEDRA–MARTINEZ, aka
Ernesto Cordova; Abraham Martinez;
Juan Torrez–Medrano, Defendant–Appellant.

No. 99–50124.

D.C. No. CR–98–1001–RSWL.

United States Court of Appeals,
Ninth Circuit.

Submitted April 9, 2001.[1]

Decided April 19, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

MEMORANDUM [2]

Abraham Saavedra–Martinez appeals his conviction, pursuant to a guilty plea, and sentence for being an alien found in the United States in violation of 8 U.S.C. § 1326.

Relying on *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Saavedra–Martinez contends that the district court erred when it increased his base offense level by 16 points, because the fact that his prior deportation followed an aggravated felony conviction was nei- ther admitted nor proven beyond a reasonable doubt to a jury. He further contends that *Apprendi* calls into question the continuing validity of *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Saavedra–Martinez's contentions, however, are foreclosed by our recent decision in *United States v. Pacheco–Zepeda*, 234 F.3d 411, 413–14 (9th Cir.2000), *amended* (Feb. 8, 2001). *United States v. Castillo–Rivera*, 244 F.3d 1020 (9th Cir.2001).

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

